COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Crystal Melody Meekins, Relator

Appellate case number:     01-17-00696-CV

Trial court case number:   12-FD-3066

Trial court:             County Court at Law No. 1 of Galveston County

On September 11, 2017, relator, Crystal Melody Meekins, filed a petition for writ of mandamus seeking to compel the respondent county judge to set an immediate hearing on relator's first amended motion for enforcement of possession or access and order to appear and to vacate the respondent's August 7, 2017 "Order to Transfer" in the underlying petition to modify the parent-child relationship. Relator has filed one volume of a sworn mandamus record, including three volumes of a reporter's record. *See* TEX. R. APP. P. 52.7.

The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes

                 ☑ Acting individually    ☐ Acting for the Court

Date: September 19, 2017